IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                                    ORDER
          v.
                                                   Case No. 11-cr-132-wmc-2

DARREN ULATOWSKI,
                    Defendant.

The defendant in the above-entitled case has been:

___X___        convicted of the charge against him and no appeal is pending.
               Therefore, it is directed that the passport be transferred to the State
               Department.

_____      The State Department is not to reissue a passport without approval of U.S.
               Probation.

_____      convicted of the charge against him and no appeal is pending.  Therefore,
               it is directed that the passport be transferred to the INS Regional Office,
               Milwaukee, Wisconsin.

_____      acquitted of the charge against him and/or the charge against him has been
               dismissed.  Therefore, it is directed that the passport be returned to the
               defendant or his authorized representative.

_____      Defendant deceased.  Therefore, it is directed that the passport be returned
               to the State Department.

Signed this __28TH__ day of August, 2013.

                              BY THE COURT:

                              _____
                              STEPHEN L. CROCKER
                              Magistrate Judge

cc:    USA, Defense Atty, USPO